HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN H. McGLENON, Bar #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
MARLON HERNALDO MEJIA-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:15-cr-00244-DAD-BAM |
| *Plaintiff,* | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |
| vs. | DATE: April 11, 2016 |
| MARLON HERNALDO MEJIA-LOPEZ, | TIME:  10:00 A.M. |
| *Defendant.* | JUDGE:  Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Change of Plea Hearing in the above-captioned matter now scheduled for March 21, 2016, at 10:00 a.m., **may be continued to April 11, 2016 at 10:00 a.m. before Honorable Dale A. Drozd.**

The reason for this continuance is that counsel has not received all the medical records pertaining to defendant's condition. The requested continuance will conserve time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

BENJAMIN B. WAGNER
United States Attorney

Dated: March 17, 2016         /s/ Vincenza Rabeen
                              VINCENZA RABENN
                              Assistant United States Attorney
                              Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated: March 17, 2016          /s/ Ann H. McGlenon
                               ANN H. MCGLENON
                               Assistant Federal Defender
                               Attorney for Defendant
                               MARLON HERNALDO MEJIA-LOPEZ


**O R D E R**

IT IS SO ORDERED.

Dated:  **March 17, 2016**                    _____
                                              UNITED STATES DISTRICT JUDGE